**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01038-CV

### KARLA C. LIANG, Appellant

### V.

### SHAWANNA EDWARDS, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00315-2014**

## ORDER

We **GRANT** the November 2, 2015 motion of court reporter Claudia Webb for an extension of time to file the reporter's record. The reporter's record shall be filed by **NOVEMBER 10, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE